AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | |
|---|---|
| FRANCISCO ZAMBRANO & JAIME HUAYLLASACA<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>JERMYN CONTRACTING CORP. et al.<br>(see Rider for Summons for full Caption)<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JERMYN CONTRACTING CORP.
574 N. Washington Avenue
Jermyn, PA 18433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Valletti & Associates, LLC
Robert P. Valletti, Esq.
40 W. 4th Street, Suite 42
Patchogue, NY 11772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     4/18/2022                                    s/ G. Pisarczyk
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*

## RIDER FOR SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FRANCISCO ZAMBRANO & JAIME HUAYLLASACA,

      Plaintiffs,    Index No.:

  -against-

JERMYN CONTRACTING CORP., GOLIATH
CONSTRUCTION, INC., MEADOWBROOK
BUILDERS, INC., MEADOWBROOK BUILDERS AND
REMODELING CORP., PETER GLASS in his individual
capacity and as Officer of JERMYN CONTRACTING
CORP., as Officer of GOLIATH CONSTRUCTION, INC.,
as Officer of MEADOWBROOK BUILDERS, INC., and
as Officer of MEADOWBROOK BUILDERS AND
REMODELING CORP.

      Defendants.

-------------------------------------------------------------------X