UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FRANCISCO ZAMBRANO & JAMIE HUAYLLASACA,

                Plaintiffs,                22 **CIVIL** 3131 (CS)(JCM)

       -against-                              **<u>JUDGMENT</u>**

JERMYN CONTRACTING CORP., GOLIATH
CONSTRUCTION, INC., MEADOWBROOK
BUILDERS, INC., MEADOWBROOK BUILDERS AND
REMODELING CORP., PETER GLASS in his individual
Capacity and as Officer of JERMYN CONTRACTING
CORP., as Officer of GOLIATH CONSTRUCTION, INC.
as Officer of MEADOWBROOK BUILDERS, INC. and
as Officer of MEADOWBROOK BUILDERS AND
REMODELING CORP.,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated September 26, 2023, the Court adopts the Report & Recommendation as the decision of this court. Judgment is entered against the Defendants, jointly and severally, in the total amount of $175,555.37, as follows: 1. Unpaid overtime to Zambrano in the amount of $23,280.00; 2. Unpaid overtime to Huayllasaca in the amount of 39,600.00; 3. Liquidated Damages to Zambrano in the amount of $23,280.00; 4. Liquidated Damages to Huayllasaca in the amount of 39,600.00; 5. Prejudgment interest to Zambrano in the amount of $8,013.04; 6. Prejudgment interest to Huayllasaca in the amount of $18,085.28; 7. Statutory damages for wage statement violations to Zambrano in the amount of $10,000.00; 8. Statutory damages for wage statement violations to Huayllasaca in the amount of $5,000.00; 9. Attorney's fees in the amount of $7,441.00; and 10. Costs in the amount of 1,256.05. If any

amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent. N.Y. Lab. L. § 198(4).Accordingly, the case is closed.

**Dated:**  New York, New York

September 26, 2023

> **RUBY J. KRAJICK**
> _____
> **Clerk of Court**
>
> **BY:** *[signature]*
> **Deputy Clerk**